# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### Northern DISTRICT OF MISSISSIPPI

Debtor: Tangia A. Miller    SSN: XXX-XX-5717    CASE NO. 14-12161
Joint Debtor: ___    SSN: XXX-XX-___    Median Income: ☐ Above ☒ Below
Address: 5925 Attala Road 2133
French Camp, MS 39745

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __60__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A) Debtor shall pay $ 1307.50 (☒ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
Madison County School District
Attn: Payroll Department
117 Fourth Street, Flora, MS 39071

(B) Joint Debtor shall pay $ ___ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:    $ ___    at $ ___ /month
Mississippi Dept. of Revenue: $ ___    at $ ___ /month
Other/ ___ :    $ ___    at $ ___ /month

**DOMESTIC SUPPORT OBLIGATION.** DUE TO: none

**POST PETITION OBLIGATION:** In the amount of $ ___ per month beginning ___.
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

**PRE-PETITION ARREARAGE:** In the total amount of $ ___ through ___ which shall be paid in the amount of $ ___ per month beginning ___.
To be paid ☐ Direct, ☐ through payroll deduction, or ☐ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to Citifinancial    Beginning 9/2014    @ $ 587.19    ☒ Plan ☐ Direct
Mtg pmts to ___    Beginning ___    @ $ ___    ☐ Plan ☐ Direct
Mtg pmts to ___    Beginning ___    @ $ ___    ☐ Plan ☐ Direct

Mtg arrears to Citifinancial    Through 8/2014    $ 9164.04    @ $ 152.73 /mo
Mtg arrears to ___    Through ___    $ ___    @ $ ___ /mo
Mtg arrears to ___    Through ___    $ ___    @ $ ___ /mo

Debtor's Initials TM    Joint Debtor's Initials ___    Chapter 13 Plan, Page 1 of 3

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor: _____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐ Yes ☐ No

Creditor: _____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐ Yes ☐ No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED | |
|---|---|---|---|---|---|---|---|
| GM Financial | '08 Cadillac STS | | 19,739.00 | n/a | ** | 23,451.91 | 390.87 |

** Pay above creditors 7.0% or contact rate, whichever is less

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| | | | |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| Educational Loans | $83,669.00 | – | all student loans are in deferment |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
_____
_____

**GENERAL UNSECURED CLAIMS** total approximately $ 7,680.13 . Such claims must be *timely filed* and not disallowed to receive payment as follows: _____ IN FULL (100%), -0- %(percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Debtor's Initials /TM     Joint Debtor's Initials _____     Chapter 13 Plan, Page 2 of 3

Total attorney fee charged:    $ 3,000.00
Attorney fee previously paid:  $   250.00
Attorney fee to be paid in plan: $ 2,750.00

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent

Telephone/Fax: _____

DATED:  June 23, 2014 _____ DEBTOR'S SIGNATURE

JOINT DEBTOR'S SIGNATURE

ATTORNEY'S SIGNATURE

Attorney for Debtor (Name/Address/Phone/Email)
Hon. Paula E. Drungole
P. O. Box 186
Starkville, MS 39760-0186

Telephone No.  (662) 324-1666
Facsimile No.  (662) 324-0690
Email address  drungolelawfirm@bellsouth.net

Effective: October 1, 2011

Chapter 13 Plan, Page 3 of 3