### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                    CHAPTER 13

**TANGIA A. MILLER AKA**
**TANGIA A. MCADORY, DEBTOR**                                         CASE NO. 14-12161-SDM

### RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

Pursuant to Bankruptcy Rule 3002.1(g), Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A (hereinafter "Creditor"), by and through its attorney, files this Response to Trustee's Notice of Final Cure Payment and would respectfully show the Creditor agrees that all pre-petition amounts have been paid in full as set forth in the Trustee's Notice of Final Cure Payment [doc. 50] for Court Claim No. 4. The Creditor further agrees that the post-petition payments are current through July, 2019. The Debtors are due for the month of August, 2019.

Dated: February 26, 2019

                                       Wilmington Savings Fund Society, FSB,
                                       As Trustee of Stanwich Mortgage Loan Trust A

                                       By: /s/ Robert M. Peebles, III
                                            Robert M. Peebles III, MSB #102885
                                            Underwood Law Firm PLLC

Robert M. Peebles, III, MSB #102885
Underwood Law Firm PLLC
340 Edgewood Terrace Drive
Jackson, Mississippi 39206
Telephone: 601-326-5579
Facsimile: 601-326-9979
rob@underwoodlawfirm.com

## CERTIFICATE OF SERVICE

I, Robert M. Peebles, III, attorney for Claimant, hereby certify that the following were served via ECF system with a true and correct copy of the Response to Trustee's Notice of Final Cure Payment to:

Jim Arnold, the Debtor's attorney, ArnoldJH@bellsouth.net

Terre M. Vardaman, Chapter 13 Trustee, VARDAMAN13ECF@gmail.com

U.S. Trustee, USTPRegion05.JA.ECF@usdoj.gov

I further certify that a true and correct copy of the foregoing Response to Trustee's Notice of Final Cure Payment was mailed to Debtor at 5925 Attala Road 213, French Camp, MS, 39745.

THIS, the 26th day of February, 2019.

/s/ Robert M. Peebles, III
Robert M. Peebles, III
MSB #102885